```
1   Stephen M. Doniger (SBN 179314)
    stephen@donigerlawfirm.com
2   Kelsey Schultz (SBN 328159)
    kschultz@donigerlawfirm.com
3   DONIGER / BURROUGHS
    603 Rose Avenue
4   Venice, California 90291
    Telephone: (310) 590-1820
5   Attorneys for Plaintiff
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN BROWAR, an individual;<br>DEBORAH ORY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br><u>Jury Trial Demanded</u> |

Plaintiffs KEN BROWAR and DEBORAH ORY (hereinafter "Plaintiffs"), by and through their undersigned attorneys, hereby pray to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq*.

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4. Plaintiff KEN BROWAR ("BROWAR") is an individual residing in New York and conducting business within the instant forum.

5. Plaintiff DEBORAH ORY ("ORY") is an individual residing in New York and conducting business within the instant forum.

6. Plaintiffs are informed and believe and thereon allege that Defendant WALMART, INC., ("WALMART") is a Delaware limited liability company that is doing business in and with the State of California.

7. Defendant Does 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiffs' copyrights, have contributed to the infringement of Plaintiffs' copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiffs, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

8. Plaintiffs are informed and believe and thereon allege that at all times relevant hereto, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiffs' rights and the damages to Plaintiffs proximately caused thereby.

/ / /

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH A

9. Plaintiffs own an original photograph entitled 20150105_IsabellaandZach_0644 ("Subject Photograph"), which has been registered with the United States Copyright Office.

10. Subject Photograph has been widely published and distributed, including through 1) Plaintiffs' website, http://www.nycdanceproject.com/; 2) Plaintiffs' award-winning photography book, *The Art of Movement*, first published in 2016; and 3) numerous other press publications. *See* http://www.nycdanceproject.com/press.

11. Plaintiffs are informed and believe and thereon allege that following Plaintiffs' creation, publication, and distribution of Subject Photograph, WALMART, Doe Defendants, and each of them, used Subject Photograph without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, creating, manufacturing, publishing, distributing, and offering for sale unauthorized copies and derivative works of Subject Photograph on www.walmart.com, including, but not limited to at following URL https://www.walmart.com/ip/Medeiros-Celito-15x18-Black-Modern-Framed-Museum-Art-Print-Titled-Ballet-Dancer-in-Orange/1919690161?wmlspartner=wlpa&selectedSellerId=15301 from Walmart Seller "MuseumPrints" (the "Infringing Content").

12. On November 25, 2022, Plaintiffs sent WALMART a fully compliant takedown request regarding the Infringing Content.

13. To date, WALMART has failed to comply with Plaintiffs' takedown request and Infringing Content remains on WALMART's website.

14. Subject Photograph and an exemplar of the Infringing Content is set forth herein below:

///

///

///

**Subject Photograph**



**Infringing Content Exemplar**



## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

15. Plaintiffs repeat, reallege, and incorporate herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

16. Plaintiffs are informed and believe and thereon allege that Defendants, and each of them, had access to the Subject Photograph by, without limitation, viewing the Subject Photograph on Plaintiffs' website, books, or on third-party websites (e.g., Tumblr, Pinterest, etc.). Access is further evidenced by Subject Photograph's identical or near identical reproduction in Defendants' infringing use.

17. Plaintiffs are informed and believe and thereon allege that Defendants, and each of them, displayed, reproduced, distributed, advertised, and/or otherwise used images of the Subject Photograph on www.walmart.com, without Plaintiffs' authorization or consent.

18. Due to Defendants', and each of their acts of infringement, Plaintiffs have suffered general and special damages in an amount to be established at trial.

19. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiffs' rights in the Subject Photograph. As such, Plaintiffs are entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants', and each of their, infringement of Plaintiffs' rights in the Subject Photograph in an amount to be established at trial.

20. Plaintiffs are informed and believe and thereon allege that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional, and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the

Copyright Act in the sum of up to one hundred fifty-thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Plaintiffs will make their election between actual damages and statutory damages.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiffs pray for judgment as follows:

a. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiffs' copyrights in the Subject Photograph, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the Subject Photograph from any print, web, or other publication owned, operated, or controlled by any Defendant;

b. That Plaintiffs be awarded all profits of Defendants, and each of them, plus all losses of Plaintiffs, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under 17 U.S.C. § 504, and other applicable law;

c. That a constructive trust be imposed over the revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

d. That Plaintiffs be awarded their attorneys' fees as available under the Copyright Act U.S.C. § 101, *et seq.*;

e. That Plaintiffs be awarded their costs and fees under the statutes set forth above; That Plaintiffs be awarded statutory damages and/or penalties under the statutes set forth above;

f. That Plaintiffs be awarded pre-judgment interest as allowed by law;

  g. That Plaintiffs be awarded the costs of this action; and

  h. That Plaintiffs be awarded such further legal and equitable relief as the Court deems proper.

Plaintiffs demand a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

                Respectfully submitted,

Dated: January 17, 2023    By: */s/ Trevor W. Barrett*
                Stephen M. Doniger, Esq.
                Scott Alan Burroughs, Esq.
                Kelsey M. Schultz, Esq.
                DONIGER / BURROUGHS
                Attorneys for Plaintiff